**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| ILA J. KESTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:08-CV-182 |
| | ) | |
| NCO PORTFOLIO | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B), dated March 9, 2009.  The instant report and recommendation addresses Plaintiff's Petition to Vacate Arbitration Award (DE# 1), and recommends the petition be granted and a default judgment be entered in favor of Plaintiff, vacating the arbitration award.  Upon due consideration, this Court **ADOPTS** Magistrate Judge Cherry's Report and Recommendation. Accordingly, this Court **ENTERS DEFAULT JUDGMENT** in favor of Plaintiff, Ila J. Kesterson, and against Defendant, NCO Portfolio Management, Inc.  As a result, Plaintiff's Petition to Vacate Arbitration Award is **GRANTED** and the April 4, 2008, arbitration award is **VACATED**.

**DATED: March 27, 2009**            /s/RUDY LOZANO, Judge
                                     **United States District Court**